UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Tyrice Sawyers, | ) | C/A No. 5:16-cv-458-TMC-KDW |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Mrs. L.R. Thomas, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, a federal inmate proceeding pro se, seeks habeas corpus relief pursuant to 28 U.S.C. § 2241. On June 15, 2016, Respondent filed a Motion to Dismiss, or in the Alternative, for Summary Judgment. ECF No. 24. As Petitioner is proceeding pro se, the court entered an order on June 17, 2016, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of such motions and of the need for him to file an adequate response by July 21, 2016. ECF No. 25. Petitioner was specifically advised that if he failed to respond adequately, Respondent's Motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Petitioner has failed to respond to this motion. As such, it appears to the court that he does not oppose this motion and wishes to abandon his Petition. Petitioner is directed to advise the court whether he wishes to continue with this case and to file a response to Respondent's Motion to Dismiss, or in the Alternative, for Summary Judgment no later than **September 6, 2016**. Petitioner is further advised that if he fails to respond, his Petition will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

August 3, 2016
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge